ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
NASER HAJJAJ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: 1:10-CR-00173-AWI |
| Plaintiff,  ) | |
| vs.  ) | STIPULATION AND ORDER TO ADVANCE SENTENCING |
| NASER HAJJAJ,  ) | Date: November 18, 2013 |
| Defendant.  ) | Time: 10:00 a.m.<br>Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, November 18, 2013, at 10:00 a.m. be advanced to **Monday, October 21, 2013, at 10:00 a.m.** This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

///

///

///

///

///

IT IS SO STIPULATED.

Dated: October 16, 2013          /s/ Karen A. Escobar
                                 Assistant United States
                                 Attorney


Dated: October 16, 2013          /s/ Anthony P. Capozzi
                                 ANTHONY P. CAPOZZI
                                 Attorney for
                                 NASER HAJJAJ

### ORDER

**IT IS SO ORDERED.** Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case be advanced from Monday, November 18, 2013, at 10:00 a.m. to **Monday, October 21, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   October 16, 2013        _____
                                 SENIOR  DISTRICT  JUDGE